JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5421RBL |
| Plaintiff, ) | |
| ) | ORDER FOR WITHDRAWAL AND |
| vs. ) | SUBSTITUTION OF COUNSEL |
| CEDRIC BOOKER, ) | |
| Defendant. ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Affidavit of Linda R. Sullivan and Memorandum in Support of the Motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Linda R. Sullivan, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 7th day of August, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Booker*, NO. CR06-5421(RBL)        – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway , Suite 400
Tacoma, Washington  98402