# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CEDRICK ROMERO BOOKER,<br><br>　　　　　Defendant. | CASE NO.CR06-5421RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

A Joint Agreement to Continue the Trial was presented orally by the parties at the Arraignment on the Superseding Indictment. Defense counsel is newly appointed and the Government had no objection to the extension of the trial date. The defendant executed a speedy trial waiver upon discussion with counsel and the Court..

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **SEPTEMBER 5, 2006 to DECEMBER 11, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1



06-CR-05421-ORD

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **DECEMBER 11, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **November 6, 2006.**

IT IS SO ORDERED this 24th day of August, 2006.

HONORABLE KAREN L. STROMBOM
UNITED STATES MAGISTRATE JUDGE

ORDER -2